UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTIZAN BIOSCIENCES, INC. | ) | CIVIL NO. 3:19-CV-00428 (KAD) |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE MOROZSAN | ) | |
|     Defendant. | ) | MARCH 22, 2019 |

## RULING ON PLAINTIFF'S APPLICATION FOR
## A TEMPORARY RESTRAINING ORDER [ECF NO. 11]

Kari A. Dooley, United States District Judge

The Court has reviewed the Plaintiff's [1] Complaint, [11] Application for Temporary Restraining Order, and its other submissions in support of that application. The Court is satisfied, under applicable principles of law, that entry of a temporary restraining order is appropriate until such time as a hearing is convened on the Plaintiff's application for a preliminary injunction.

The Defendant, Andre Marozsan, is hereby enjoined and restrained from disclosing, revealing, or including in any Charge of Discrimination filed with the EEOC or the CHRO, or any complaint or submission filed in any other forum, the Plaintiff's trade secret information. This includes, but is not limited to, the information contained in Paragraphs 31, 66, 69, 79-81, 83, 100, and 109 of the proposed Charge of Discrimination previously shared with counsel for the Plaintiff by Mr. Marozsan's counsel, as reflected in the version of the Charge of Discrimination filed in redacted form by the Plaintiff. *See* ECF No. 14.

The Parties shall appear at a hearing on the Plaintiff's Application for a Preliminary Injunction on April 2, 2019 at 9:30 a.m. in Courtroom Four-Annex, 915 Lafayette Boulevard, Bridgeport, Connecticut.

The Plaintiff is directed to effectuate service on the Defendant of the Civil Cover Sheet, Summons, Verified Complaint, Application for Temporary Restraining Order, and this Order on or before March 26, 2019.

For all the foregoing reasons, [11] the Application for a Temporary Restraining Order is GRANTED.

**SO ORDERED** at Bridgeport, Connecticut, this 22nd day of March 2019.

    _/s/ Kari A. Dooley_
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE